# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re:  Venis Neal | ) | Chapter 13 |
| | ) | |
| | ) | No.  23-06780 |
| | ) | |
| Debtor(s) | ) | Judge Jacqueline Cox |

## NOTICE OF MOTION

TO: See attached list

PLEASE TAKE NOTICE that on  June 26, 2023 , at  9:00 am , I will appear before the Honorable  Jacqueline Cox , or any judge sitting in that judge's place, **either** in courtroom  680  of the Everett McKinley Dirksen United States Courthouse, 219 S. Dearborn Street, Chicago, IL 60604 , **or** electronically as described below, and present the motion of Debtor [to/for] Vacate Order to Employer to Pay the Trustee and Shortened Notice , a copy of which is attached.

**All parties in interest, including the movant, may appear for the presentment of the motion either in person or electronically using Zoom for Government.**

You may appear electronically by video or by telephone.

**To appear by video**, use this link:  https://www.zoomgov.com/.  Then enter the meeting ID and passcode.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666.  Then enter the meeting ID and passcode.

**Meeting ID and passcode.**  The meeting ID for this hearing is  161 273 2896 , and the passcode is  778135 .  The meeting ID and passcode can also be found on the judge's page on the court's web site.

**If you object to this motion** and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date.  If no Notice of Objection is timely filed, the court may grant the motion in advance without calling it.

By:  David Freydin

Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, Illinois 60077
847.972.6157

**CERTIFICATE OF SERVICE**

I, David Freydin, certify [if an attorney]/declare under penalty of perjury under the laws of the United States of America [if a non-attorney] that I served a copy of this notice and the attached motion on each entity shown on the attached list at the address shown and by the method indicated on the list on June 13, 2023, at 5:00 pm.

/s/ David Freydin
[Signature]

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 23-06780<br>Northern District of Illinois<br>Eastern Division<br>Tue Jun 13 13:49:32 CDT 2023 | Bridgecrest Acceptance Corporation c/o AIS<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | Exeter Finance LLC, c/o AIS Portfolio Servic<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 | Affirm, Inc.<br>Attn: Bankruptcy<br>650 California St, Fl 12<br>San Francisco, CA 94108-2716 | AmSher Collection Services<br>4524 Southlake Parkway<br>Suite 15<br>Birmingham, AL 35244-3271 |
| Bridgecrest Acceptance Corp<br>7300 East Hampton Avenue<br>Suite 100<br>Mesa, AZ 85209-3324 | Bridgecrest Acceptance Corporation<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 | CEP AMERICA ILLINOIS LLP<br>C/O WAKEFIELD & ASSOCIATES LLC<br>PO BOX 51272<br>KNOXVILLE, TN 37950-1272 |
| Capio Partners, LLC<br>Attn: Bankruptcy<br>Po Box 3498<br>Sherman, TX 75091-3498 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 | (p)CHICAGO DEPARTMENT OF LAW<br>ATTN BANKRUPTCY UNIT<br>121 N LASALLE ST SUITE 400<br>CHICAGO IL 60602-1264 |
| Credit One Bank<br>Attn: Bankruptcy Department<br>Po Box 98873<br>Las Vegas, NV 89193-8873 | Evanston Hospital<br>2650 Ridge Ave.<br>Evanston, IL 60201-1797 | Exeter Finance LLC<br>AIS Portfolio Services, LLC<br>4515 N Santa Fe Ave. Dept. APS<br>Oklahoma City, OK 73118-7901 |
| Exeter Finance LLC<br>Attn: Bankruptcy<br>Po Box 166008<br>Irving, TX 75016-6008 | First Premier Bank<br>Attn: Bankruptcy<br>Po Box 5524<br>Sioux Falls, SD 57117-5524 | (p)GRAIN TECHNOLOGY INC<br>ATTN LEGAL<br>505 14TH STREET<br>SUITE 900<br>OAKLAND CA 94612-1468 |
| Lincoln Automotive Fin<br>Attn: Bankrutcy<br>Po Box 54200<br>Omaha, NE 68154-8000 | Midwest Express Clinic<br>9735 Skokie Blvd.<br>Skokie, IL 60077-1383 | MoneyLion Inc.<br>PO Box 1547<br>Sandy, UT 84091-1547 |
| MoneyLion, Inc<br>Attn: Bankruptcy Dept<br>P.O. Box 1547<br>Sandy, UT 84091-1547 | NorthShore University Health System<br>Billing Department<br>23056 Network Place<br>Chicago, IL 60673-1230 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA 98083-0788 |
| Rocket Mortgage<br>Attn: Bankruptcy<br>1050 Woodward Avenue<br>Detroit, MI 48226-3573 | Rocket Mortgage, LLC f/k/a Quicken Loans,<br>LLC f/k/a Quicken Loans Inc.<br>c/o Potestivo & Associates, P.C.<br>223 W Jackson Blvd., Suite 610<br>Chicago, IL 60606-6911 | Rocket Mortgage, LLC f/k/a Quicken Loans, LL<br>635 Woodward Avenue<br>Detroit, MI 48226-3408 |
| Rush Hospital<br>1725 W Harrison St<br>Chicago, IL 60612-3841 | Rush Medical Center<br>1700 W. Van Buren St.<br>Ste 161 TOB<br>Chicago, IL 60612-3228 | Rush Oak Park Hospital<br>Dept 4667<br>Carol Stream, IL 60122-0001 |

| | | |
|---|---|---|
| Rush Surgical Center<br>1725 W. Harrison<br>Suite 556<br>Chicago, IL 60612-2846 | Rush University Medical Center<br>75 Remittance Dr. Dept 1611<br>Chicago, IL 60675-1611 | Sallie Mae, Inc<br>Attn: Bankruptcy<br>Po Box 9500<br>Wilkes Barre, PA 18773-9500 |
| Synchrony/PayPal Credit<br>Attn: Bankruptcy<br>Po Box 965060<br>Orlando, FL 32896-5060 | Total Loan Company, LLC<br>c/o Miller and Steeno, PC<br>13690 Riverport Dr., Suite 250<br>Maryland Heights, MO 63043-4846 | (p)US DEPARTMENT OF HOUSING AND URBAN DEVELOP<br>477 MICHIGAN AVE #1600<br>DETROT MI 48226-2564 |
| (p)UPLIFT  INC<br>5301 KIETZKE LN STE 200<br>RENO NV 89511-2083 | Upstart Finance<br>Attn: Bankruptcy<br>Po Box 1503<br>San Carlos, CA 94070-7503 | Upstart Network, Inc<br>PO BOX 1931<br>Burlingame, CA 94011-1931 |
| Utility Self-reported<br>Po Box 4500<br>Allen, TX 75013-1311 | (p)WAKEFIELD & ASSOCIATES<br>PO BOX 51272<br>KNOXVILLE TN 37950-1272 | Zingo Cash<br>Po Box 5601<br>Vernon Hills, IL 60061-5601 |
| Brian P Deshur<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | David Freydin<br>Law Offices of David Freydin Ltd<br>8707 Skokie Blvd<br>Suite 312<br>Skokie, IL 60077-2281 | Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 |
| Thomas H. Hooper<br>Office of the Chapter 13 Trustee<br>55 E. Monroe St.<br>Suite 3850<br>Chicago, IL 60603-5764 | Venis Neal<br>11340 S. Carpenter St.<br>Chicago, IL 60643-4652 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| City of Chicago Department of Finance<br>Chicago Dept. of Law Bankruptcy<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | (d)City of Chicago Department of Finance<br>Utility Billing & Customer Service Divis<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 | (d)City of Chicago Department of Water<br>Utility Billing & Customer Service<br>121 N. LaSalle St., Suite 400<br>Chicago, IL 60602 |
| Grain Technology Inc<br>Attn: Bankruptcy<br>505 14th St Suite 900<br>Oakland, CA 94612 | U.S. Department of Housing and Urban Develop<br>77 West Jackson Boulevard<br>Chicago, IL 60604 | Uplift, Inc.<br>Attn: Bankruptcy<br>440 N Wolfe Rd<br>Sunnyvale, CA 94085 |
| Wakefield & Associates<br>Attn: Bankruptcy<br>7005 Middlebrook Pike<br>Knoxville, TN 37909 | | |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)City of Chicago | (u)Rocket Mortgage, LLC f/k/a Quicken Loans, | End of Label Matrix |
| | | Mailable recipients 46 |
| | | Bypassed recipients 2 |
| | | Total 48 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

In the Matter of: }
} Case No. 23-06780
Venis Neal }
} Chapter 13
}
Debtor(s) } Judge Jacqueline P. Cox

## MOTION TO VACATE ORDER TO EMPLOYER TO PAY THE TRUSTEE AND SHORTENED NOTICE

NOW COMES the Debtor, Venis Neal, by and through Debtor's attorneys, Law Offices of David Freydin, and hereby moves this Honorable Court to vacate the Order entered on May 24, 2023, to Employer to Pay the Trustee. Debtor states the following:

1. That this Court has jurisdiction over this proceeding pursuant to 28 U.S.C §§1334 & 157. This is a core proceeding pursuant to 28 U.S.C. §157.

2. On May 24, 2023, the Debtor filed the above captioned voluntary petition for relief under Chapter 13 of the United States Bankruptcy Code.

3. The instant case was not yet confirmed by this Honorable Court.

4. That the Debtor's plan calls for payments of $1,000.00 per month, with a 30.00% distribution to general, unsecured creditors. On May 24, 2023, this Honorable Court entered an Order to Employer to Pay the Trustee, Docket #11.

5. That the Debtor misunderstood the method of payroll deduction, thinking it was a directly withdrawal from Debtor's assigned bank account.

6. That the Debtor does not want to have her current place of employment knowing of the Chapter 13 bankruptcy and wishes to pay the Chapter 13 Trustee directly.

7. That the Debtor seeks to have this motion heard on shortened notice to avoid any deductions from her payroll.

8. That the Debtor is current to the Trustee and in a position to proceed with the case.

WHEREFORE, Venis Neal, Debtor, respectfully requests this Honorable Court to enter an Order (a) vacating the Order to Employer to Pay the Trustee, and (b) for such other and further relief as this Court deems fair and just.

Respectfully submitted,

/s/ *David Freydin*
Attorney for Debtor
Law Offices of David Freydin
8707 Skokie Blvd, Suite 312
Skokie, IL 60077
847.972.6157